**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:16-cv-478-GCM**

| | | |
|---|---|---|
| **DARSHANA HAWKS,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PIEDMONT NATURAL GAS** | ) | |
| **COMPANY, INC.,** *et al,* | ) | |
| **Defendants.** | ) | |

      **THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.** The trial in this matter is RE-SET for **February 12, 2018,** in Courtroom #2-2.

      IT IS SO ORDERED.

Signed: March 21, 2017

Graham C. Mullen
United States District Judge