IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-00478-GCM

| | |
|---|---|
| DARSHANA HAWKS, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| PIEDMONT NATURAL GAS, | ) |
| BRADLY MERLIE, | ) |
| SHAWN SHILLINGTON, | ) |
| JOE DIB, | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**UPON CONSIDERATION** of the plaintiff's consent motion to seal exhibits pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure, Local Civ. R. 6.1 and the consent protective Order in this matter, and for good cause shown, it is hereby ordered that the motion to seal is **GRANTED.**

Plaintiff may file under seal 1) Piedmont Natural Gas's (PNG) Information Services department's organizational charts dated 1/1/2015 and 1/1/2016, Doc. No. 17; and 2) E-mails regarding the 2015 reorganization of the Piedmont Natural Gas's Information Services department, Doc. No. 17-1.

**SO ORDERED.**

Signed: June 5, 2017

_Graham C. Mullen_
Graham C. Mullen
United States District Judge